IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IAN JON PHILLIPS,

Plaintiff,

vs.

LANCASTER COUNTY
CORRECTIONS, County Jail; and
BORIS KAPOR, Adult Detention
Officer (correctional officer);

Defendants.

**8:25CV691**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On February 20, 2026, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on January 13, 2026. Filing No. 9. On March 2, 2026, the Court ordered Plaintiff to update his address with the Court within 21 days or face dismissal of this action. Filing No. 11. To date, Plaintiff has not updated his address, has not shown cause for his failure to pay the initial partial filing fee, and has not paid the initial partial filing fee or sought an extension of time in which to do so, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the Court's initial partial filing fee, and for failure to comply with a Court order. The Court will enter judgment by a separate document.

Dated this 31st day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge